# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of the Sheet Metal Local #10
Control Board Trust Fund

Case No. Civil 01-979RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Thrane Incorporated

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered against the defendant in the amount of $800 and costs of $183; plaintiffs' motion for injunctive relief is granted and plaintiffs' are not required to provide security; upon completion of the fringe benefit compliance audit, plaintiffs' attorney shall file an affidavit stating the amount of delinquent fringe benefit contributions, interest, liquidated damages and audit fees; upon the court's approval of affidavit, the clerk of court shall enter judgment against defendant in the amount stated in the affidavit.

DATE: August 29, 2001

RICHARD D. SLETTEN, CLERK

______________________________
Denise La Fond, Deputy Clerk